**Electronically Filed**
**Supreme Court**
**SCWC-15-0000524**
**15-APR-2019**
**10:31 AM**

SCWC-15-0000524

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

JESSICA L. HINEBAUGH,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000524; CR. NO. 13-1-1529)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Jessica L. Hinebaugh's

application for writ of certiorari, filed on February 22, 2019,

is hereby rejected.

DATED:  Honolulu, Hawai'i, April 15, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

